entered December 24, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Robert Wilkinson* for appellant.

*Charles Morschauser* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.   Absent: GRAY, J.

---

UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, *v.* ANNA K. DANIEL, Appellant, Impleaded with Others.

*U. S. Trust Co. of N. Y.* v. *Daniel,* 142 App. Div. 935, affirmed.
(Argued June 19, 1912; decided June 29, 1912; re-argument granted October 2, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 25, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*Anna K. Daniel,* appellant, in person.

*George L. Shearer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.   Absent: GRAY, J.